UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
IN ADMIRALTY

JASON ROMERO, et al.,
        Plaintiffs,                  CASE NO: 08-61247-CW-UNGARO
vs.                                  MAGISTRATE JUDGE SIMONTON

M/V ISLAND ADVENTURE,
her boats, engines, boilers, tackle,
equipment, apparel, furnishings
freights, and appurtenances, etc, iii rem,
Defendant.
_____/

**INTERVENING PLAINTIFF MOUNTAIN PACIFIC LEASING'S JOINDER IN MOTION BY PLAINTIFFS AND OTHER INTERVENORS "TO STRIKE DEFENDANT'S ANSWERS AND REQUEST FOR ENTRY OF DEFAULT UNDER FED.R.CIV.P. 55(a)" AND MOTION FOR DEFAULT ON ITS INTERVENING COMPLAINT AGAINST DEFENDANT**

Intervening Plaintiff Mountain Pacific Leasing, LLC., by and through its undersigned counsel, hereby Joins in the Motion by Plaintiffs and Other Intervening Plaintiffs "to Strike Defendant's Answers and Request for Entry of Default under Fed. R. Civ. P. 55(A)" [ 261], and Moves for Default on Its Intervening Complaint against Defendant MIV Island Adventure" [67] and states:

On October 30, 2008, this Court ordered Defendant M/V Island Adventure to have substitute counsel enter an appearance no later than November 17, 2008. [ 241]. This Court also ordered that if Defendant M/V Island Adventure failed to retain new counsel on or before November 21, 2008, Defendant shall be defaulted. [ 241]

Defendant M/V Island Adventure has completely failed to comply with the Court's Order.

Pursuant to Local Admiralty Rule C(4), on September 17, 2008, proof that due notice of the action and the arrest of the M/V lsland Adventure was published in the Miami Daily Business Review on September 12, 2008. [ 75]. This publication satisfies the notice requirements necessary for the entry of default under Local Admiralty Rule C(8). Default judgments entered pursuant to Local Admiralty Rule C(8) do not operate to adjudicate priorities among competing non-possessory lien claimants. See 1993 Advisory Notes. Plaintiffs and Other Intervening Plaintiffs filed a Motion "to Strike Defendant's Answers and Request for Entry of Default under Fed. R. Civ. P. 55(A)" [ 261]. Intervening Plaintiff Mountain Pacific Leasing, LLC Inc. hereby joins in said Motion, and requests this Court enforce its Order and strike the Answers of Defendant M/V Island Adventure [121] and enter a default against Defendant M/V Island Adventure pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

And, Intervening Plaintiff Mountain Pacific Leasing, LLC. requests the Court enter Default on Intervening Plaintiff Mountain Pacific Leasing, LLC's Intervening Complaint against Defendant. [ 67].

WHEREFORE, Intervening Plaintiff Mountain Pacific Leasing, LLC. respectfully requests this 1 Court strike the Answers of Defendant NI/V Island Adventure, enter a default against Defendant, including on Intervening Plaintiff Mountain Pacific Leasing, LLC.'s Intervening Complaint against Defendant [ 67], and such further and other relief the Court deems just and proper.

Respectfully submitted,

s/ Adam B. Leichtling
ADAM B. LEICHTLING (Florida Bar Number: 984175)
Attorney E-mail address: aleicliti in u
LAPIN & LEICHTLING, LLP

255 A Circle, Suite 800
Coral Gables, Florida 33134
Telephone No.: (305) 569-4100
Facsimile No.: (305) 569-0000
Attorneys for Intervening Plaint W
Wil/,eln Callenberg Inc.

Theresa Montalbano Bennett, Esq.
Email: Boatlawver .

500 SE 17 Street, Suite 323
Fort Lauderdale, Florida 33116
Telephone: 954-463-4007
Fax: 954-463-4107
Counsel for Intervenor Plaintiff Naviamar
Engineering hit.
Via Transmission of Notices of Electronic
Filing Generated by CM/ECF


Guillermo Luis Doniinguez, Esq.
Email: gdorniiiiniezflfrvf-Iaw.com
Luis Alberto Espino, Esq.
Email: Iespino(
Fowler Rodriguez Valdes-Fauli
355 Alhambra Circle, Suite 801
Coral Gables, Florida 33134
Telephone: 786-364-8400
Fax: 786-364-8401
Counsel for Intervenor Plaintiff BP
Products North America, hit..
Via Transmission of Notices of Electronic
Filing Generated by CMIECF


William Barry Milliken, Esq.
Email: wniiIIikenca
Hayden & Milliken
5915 Ponce De Leon Boulevard, Suite 63
Coral Gables, Florida 33 146-2435
Telephone: 305-662-1523
Fax: 305-663-1358
Counsel for Intervenor Plaint j5 Osprey
Underwriting Agency Limited
Via Transmission of Notices of Electronic
Filing Generated by CM/ECF


Anthony John Cuva, Esq.
Email: anthony.cuva
Akerman Senterfltt
401 E Jackson Street, Suite 1700
Tampa, Florida 33602-3273
Telephone: 813-209-5049
Fax: 813-223-2837
Counsel for Intervenor Plain4ff Rolls-

Royce Commercial Marine Inc.
Via Transmission of Notices of Electronic
Filing Generated by CM/ECF


Luis Salazar, Esq.
Email: salazarkThgtlaw.com
Greenburg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: 305-579-0500
Fax: 305-579-0717
Counsel for Burrell S/zipping Co., LLC
Via Transmission of Notices of Electronic
Filing Generated by CM/ECF


Games International, Inc.
Thomas Gorski, President
2008 NW Us Avenue
Margate, Florida 33063
Telephone: 954-974-1818
Fax: 954-419-1652
Via U.S. Mail




UNTTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

p   Miami Division
IN ADMIRALTY

JASON ROMERO, et al.,

      Plaintiffs,

vs.

M/V ISLAND AD VENTURE,
her boats, engines, boilers, tackle,
equipment, apparel, furnishings
freights, and appurtenances, etc, in rein,

      Defendant.
_____/

CASE NO: 08-61247-CIV-IJNGARO
MAGISTRATE JUDGE SIMONTON

**<u>Certificate of Service</u>**

I hereby certify that on November 24, 2008, I electronically filed the foregoing document with the clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CMJECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

5/ Adam B. Leichtlin
ADAM B. LEICHTLING

SERVICE LIST

Jason Romero, ci aL v. MiVIslund Adventure
Case No.: 08-61247-ClY-UNGARO/SIMONTON
United States District Court, Southern District Of Florida
Miami Division
In Admiralty

Ross B. Toyne, Esq.
rbtoyneuIpassenger!aw.corn
Toyne & Mayo, P.A.
Washington Mutual Bank Building
150 S.F. 2nd Avenue, Suite 1025
Miami, Florida 33131
Telephone No.: (305) 377-1910
Facsimile No.: (305) 377-1915
Attorney for Crewnze and Intervenor
Plaintiffs Maritime Consultants
International, Inc., American Guard
Services, Inc., Cheney Brothers, Inc.,
Bahama Link, Inc., Roman Plotnikoi et at,
Carisam-Samuel Meisel (Fl) Inc., Jan
Rogers Entertainment, Ltd., and Scardana
Corporation Canada, Ltd. et at.
Via Transmission of Notices of Electronic
Filing Generated by CMIECF

Nicolas 0. Sake Esq.
usake IiscZi
66 W. Flagler Street, Suite 600
Miami, Florida 33130
Telephone: 305-577-4221
Fax: 305-577-3341
Co-Counsel for Plaint (if Crei me Co Counsel for Intervenor Plaintiffs, Roman Plotnikov, et at
Via Transmission of Notices of Electronic
Filing Generated by CM/ECF

Michelle Otero Valdes, Esq.
motero(ã)houckanderson.com
Houck Anderson, P.A.
200 5. Biscayne Boulevard, Suite 300
Miami, Florida 33131
Telephone: 305-372-9044
Fax: 305-372-5044
Counsel for Defendant, M/Vlsland
Adventure Counsel for Intervenor

Defendant, Cruise Charte Ltd.
Via Transmission of Notices of Electronic
Filing Generated by CMIECF

Patrick F. Novak, Esq.
Hon, Novak & Skipp, P.A.
Datran Building, Suite 1104
9100 S. Dadeland Blvd.
Miami, FL 33156
Telephone No.: (305) 670-2525
Facsimile No.: (305) 670-2526
Attorneys for Substitute Custodian, National A'Iaritime Services, Inc.
Via Transmission of Notices of Electronic Filing Generated by CM/ECF

Paul J. Ansel, Esq.
admira net
Paul J. Ansel, P.A.
601 S. Ocean Drive
Hollywood, Florida 33019
Telephone: 954-922-9100
Fax: 954-922-9176
Counsel for Intervening Plaintiff Mountain
Pacific Leasing, LLC
Via Transmission of Notices of Electronic
Filing Generated by CMIECF

Richard J. Stone, Esq.
Richard J. Stone, P.A.
Two Datran Center
9130 5. Dadeland Boulevard, PH 1-C
Miami, Florida 33156
Telephone: 305-670-2000
Fax: 305-670-1353
Counsel for Intervenor Plaintiff The
Produce Connection
Via Transmission of Notices of Electronic
Filing Generated by CMIECF

James W. Stroup, Esq.
Stroup & Martin
119 SE. 12th Street
Ft. Lauderdale, Florida 33316
Telephone: 954-462-8808
Fax: 954-462-0278
Counsel for Claimants, Resort Photo
Sen'ices, Ltd. and Isimaritime/Islands, Ltd.

Via Transmission of Notices of Electronic
Filing Generated by CM/ECF

Steven P. Befera, Esq.
Befera Law Firm
1001 Brickell Bay Drive, Suite 1200
Miami, Florida 33131
Telephone: 305-772-2828
Fax: 305-772-2830
Counsel for Intervenor Plain4ff Datrex, Inc.
Via Transmission of Notices of Electronic
Filing Generated by CMJECF

Russell J. Morrison, Esq.
Email: Rrnorrison
Broward County Attorneys Office
1850 Eller Drive, Suite 502
Fort Lauderdale, Florida 33316
Telephone: 954-523-3404
Fax: 954-523-2613
Counsel for Intervenor Plaint ?JJ Broward
County
Via Transmission of Notices of Electronic
Filing Generated by CM/ECF

William Edward Cassidy, Esq.
Email: wcassidy(H
Michael Charles Black, Esq.
Email: mblack(Thmarlaw.com
Cassidy & Black
8370W. Flagler Street, Suite 252
Miami, Florida 33144
Telephone: 305-559-4962
Fax: 305-559-2163
Counsel for Intervenor Plaintiff Reiter
Petroleum, Inc.
Via Transmission of Notices of Electronic
Filing Generated by CM/ECF

Michael John McHale, Esq.
Email: admar I (2 I ink.net

1925 NE Ricou Terrace
Jensen Beach, Florida 34957-4130
Telephone: 772-225-2078
Fax: 772-225-2077
Counsel for Intervenor Plaintiff Marine Administrators, Inc.
Via Transmission of Notices of Electronic Filing Generated by CM/ECF